UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-474-F

| | |
|---|---|
| RENEE JOHNSON, Plaintiff, vs. BROCK & SCOTT, PLLC, CHANNEL GROUP, LLC, AND COMPREHENSIVE LEGAL SOLUTIONS, INC. Defendants. | **ORDER GRANTING JOINT MOTION TO VACATE SCHEDULING ORDER** |

This matter having come before the Court upon the joint motion of the parties to vacate the scheduling order entered by the Court on December 6, 2011, (Doc. 21), the Court having considered the motion, the record, and otherwise being fully apprised, hereby ALLOWS the motion for good cause shown. The December 6, 2011 scheduling order is hereby vacated. The Court will issue an appropriate order after the pending motions have been ruled on.

SO ORDERED.

This 9th day of August, 2012.

JAMES C. FOX
Senior United States District Judge