UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| AMANDA RENEE JOHNSON, | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | **CASE NO. 5:11-CV-474-F** |
| | ) | |
| BROCK & SCOTT, PLLC, CHANNEL GROUP, | ) | |
| LLC and COMPREHENSIVE LEGAL | ) | |
| SOLUTIONS, INC., | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's motion for summary judgment is DENIED. Furthermore, the court finds as a matter of law that the communications at issue in this case did not violate the FDCPA or the NCDCPA. Thus, counts one, two, three, and five are hereby DISMISSED WITH PREJUDICE. Counts four and six are DISMISSED WITH PREJUDICE for failure to provide notice of the claims in accordance with Rule 8 of the Federal Rules of Civil Procedure. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on November 15, 2013, and Copies To:**

Marshall S. Meyers (via CM/ECF Notice of Electronic Filing)
Holly Elizabeth Dowd (via CM/ECF Notice of Electronic Filing)
Richard Lynn Jackson (via CM/ECF Notice of Electronic Filing)

DATE                                            JULIE A. RICHARDS, CLERK
November 15, 2013                          /s/ Susan K. Edwards
                                                       (By) Susan K. Edwards, Deputy Clerk